# Court of Appeals
# of the State of Georgia

ATLANTA,   July 25, 2014      

*The Court of Appeals hereby passes the following order:*

**A14A1258.  BERNARD v. THE STATE.**

In 2005, Damien C. Bernard was found guilty of armed robbery (OCGA § 16-8-41 (a)) and sentenced to 20 years. This court affirmed his conviction on direct appeal in an unpublished decision. *Bernard v. State*, 282 Ga. App. XXIV (decided November 11, 2006) (unpublished). In 2014, Bernard filed a motion for clarification of sentence, which was dismissed. Bernard appeals, contending that the State failed to prove one of the elements of armed robbery (use of an offensive weapon) because the jury found him not guilty of possession of a firearm during the commission of a crime (OCGA § 16-11-106).

A motion to vacate a conviction is not an appropriate remedy in a criminal case and any appeal from such a motion is subject to dismissal. *Harper v. State*, 286 Ga. 216, 217-218 (1), (2) (686 SE2d 786) (2009); see also *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010) (dismissing appeal of defendant's motion to vacate conviction). Although Bernard presents his claim as a challenge to his sentence, he is once again seeking to vacate the judgment of his conviction. Accordingly, his appeal is DISMISSED.

In so holding, we note that Bernard has filed numerous appeals with this Court. We find that this appeal is frivolous and we note that Bernard's previous appeal was also deemed frivolous. See Case No. A13A1943. Under OCGA § 42-12-7.2, prisoners who have filed three or more times in state court and had those filings dismissed as

frivolous are not permitted to file any action in forma pauperis. If Bernard continues to file meritless pleadings, he will not be permitted to file in forma pauperis.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* 07/25/2014
　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*